UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2024
```

-------------------------------------------------------------------X

WEIDA FREIGHT SYSTEM, INC.,               :
                                          :
                          Plaintiff,      :
          -against-                       :          1:24-cv-7596-GHW
                                          :
JETSON ELECTRIC BIKES LLC, *et al.*,      :          ORDER
                                          :
                          Defendants.     :

-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The complaint in this case lists each defendant as a resident of Brooklyn, New York, which lies in the Eastern District of New York. Dkt. No. 1 at 1. Accordingly, on October 8, 2024, the Court ordered Plaintiff to show cause why this case should not be transferred to the Eastern District of New York or, in the alternative, requested that Plaintiff submit a letter stating that it consents to the transfer of this action to the Eastern District of New York. Dkt. No. 10. On October 10, 2024, Plaintiff submitted a letter consenting to the transfer of this action to the Eastern District of New York. Dkt. No. 11.

Accordingly, the Clerk of Court is directed to transfer this case to the United States District Court for the Eastern District of New York without delay. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: October 10, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge